IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOUREY NEWELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIERA HEALTHCARE, INC. and INSURANCE CARE NOW, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br>1:19-cv-1489-SCJ |

**MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff files this motion for dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) of all claims against the defendants. The parties have reached an individual settlement and none of the rights of any putative class members, other than the plaintiff, have been released or are otherwise affected by this dismissal.

Following the settlement agreement the plaintiff prepared a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). While all parties generally agreed with the stipulation, the plaintiff believed it was important

1

to advise the court that none of the rights of putative class members were impacted by the settlement, so they would not require notice. At least one defendant did not agree. As a result, the plaintiff is filing this motion.

Dated: June 11, 2020         PLAINTIFF,

By:
*s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

CERTIFICATE OF SERVICE

I, hereby certify that on June 11, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich